UNITED STATES *versus* HENRY L. OWEN AND LEVI BAXTER, JR. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with four other similar cases; (2) March 30, 1835: rule on Baxter to plead; (3) June 1, 1835: motion for judgment and assessment of damages by jury; (4) June 8, 1835: motion to set aside default granted; (5) Jan. 6, 1836: motion to consolidate overruled; (6) Jan. 11, 1836: rule to plead; (7) Jan. 18, 1836: motion for default judgment, rule to plead enlarged; (8) Jan. 21, 1836: rule to plead enlarged; (9) Jan. 27, 1836: second and fourth pleas stricken, latter to stand as a notice.

PAPERS IN FILE (1834–37): (1) Summons and return; (2) declaration; (3) motion for default judgment; (4) pleas of non est factum, payment, performance, and set off; (5) subpoena; (6) motion to strike from docket.

*File No.* 124.

 UNITED STATES *versus* HENRY L. OWEN AND LEVI BAXTER, JR. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with four other similar cases; (2) March 30, 1835: rule on Baxter to plead; (3) June 1, 1835: motion for judgment and assessment of damages by jury; (4) June 8, 1835: motion to set aside default granted; (5) Jan. 6, 1836: motion to consolidate overruled; (6) Jan. 11, 1836: rule to plead; (7) Jan. 18, 1836: motion for default judgment, rule to plead enlarged; (8) Jan. 21, 1836: rule to plead enlarged; (9) Jan. 27, 1836: second and fourth pleas stricken, latter to stand as a notice.

PAPERS IN FILE (1834–37): (1) Summons and return; (2) declaration; (3) motion for default judgment; (4) pleas of non est factum, payment, performance, and set off; (5–6) subpoenas.

*File No.* 123.

 UNITED STATES *versus* HENRY L. OWEN AND LEVI BAXTER, JR. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with four other similar cases; (2) March 30, 1835: rule on Baxter to plead; (3) June 2, 1835: motion to set aside second and fourth pleas; (4) Jan. 6, 1836: motion to consolidate overruled; (5) Jan. 23, 1836: second plea set aside; (6) Jan. 27, 1836: second and fourth pleas stricken, latter to stand as a notice.

PAPERS IN FILE (1834–37): (1) Summons and return; (2) motion to consolidate; (3) declaration; (4) motion for default judgment; (5) pleas of non est factum, payment, performance, and set off; (6) subpoena.

*File No.* 122.